E. KENNETH DELP, Respondent, v. WILLIAM RIMEIK, Defendant-Appellant and Third-Party Plaintiff-Appellant. FRANK P. REGGIO et al., Third-Party Defendants-Respondents.—

No opinion. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Brennan, JJ., concur.